# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| L33T GAMING INC., | Case No.: 2:18-cv-1183-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 7) |
| ECLIPSE THEATER LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' demand for security costs. Docket No. 7. Plaintiff filed a notice of non-opposition.[1] Docket No. 8. Accordingly, the motion is **GRANTED**. Docket No. 7. The bond shall be posted within 7 days of this order.

IT IS SO ORDERED.

Dated: August 3, 2018

NANCY J. KOPPE
United States Magistrate Judge

---

[1] Plaintiff requests that the Court also order "all Defendants … to respond to the Complaint within ten (10) days" of its deposit of the security of costs. Docket No. 8 at 2. Plaintiff inappropriately submits this request in its notice and, therefore, the Court does not address it. *See* Local Rule IC 2-2(b).

1