# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

L33T GAMING INC.,

    Plaintiff(s),

v.

ECLIPSE THEATER LLC, et al.,

    Defendant(s).

Case No.: 2:18-cv-01183-RFB-NJK

**ORDER**

(Docket No. 38)

Pending before the Court is a motion for Mark J. Connot and Kevin M. Sutehall to withdraw as counsel of record for Defendants. Docket No. 38. For good cause shown, the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket to reflect that each Defendant has the following address: 11700 W. Charleston Blvd., Suite 179-124, Las Vegas, NV 89135. *Id.* at 3.

Corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendants Eclipse Theater LLC and Eclipse Theaters Development Group LLC are **ORDERED** to file, no later than January 21, 2020, a notice of appearance by new counsel. Defendant Steele is **ORDERED** to file, no later than February 6, 2020, either a notice of appearance by new counsel or a notice that she intends to proceed *pro se*. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: January 7, 2020

                                                                                                              Nancy J. Koppe
                                                                                                              United States Magistrate Judge