# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

L33T GAMING INC.,
    Plaintiff(s),

v.

ECLIPSE THEATER LLC, et al.,
    Defendant(s).

Case No.: 2:18-cv-01183-RFB-NJK

**ORDER**

On January 7, 2020, the Court ordered Defendants Eclipse Theater LLC and Eclipse Theaters Development Group LLC to file, no later than January 21, 2020, a notice of appearance by new counsel. Docket No. 39. Defendants have failed to do so. *See* Docket.

Accordingly, the Court **ORDERS** Defendants to file, no later than February 7, 2020, a notice of appearance by new counsel. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: January 31, 2020

                        Nancy J. Koppe
                        United States Magistrate Judge

1