# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

L33T GAMING INC.,

    Plaintiff(s),

v.

ECLIPSE THEATER LLC, et al.,

    Defendant(s).

Case No.: 2:18-cv-01183-RFB-NJK

**ORDER**

(Docket No. 42)

Pending before the Court is Plaintiff's motion for a judgment debtor examination of Defendant Nicholas Steele and the persons most knowledgeable for Defendants Eclipse Theater LLC and Eclipse Theaters Development Group, LLC, pursuant to N.R.S. § 21.270. Docket No. 42. For good cause shown, Plaintiff's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant/Judgment Debtor Nicholas Steele and the persons most knowledgeable for Defendants/Judgment Debtors Eclipse Theater LLC and Eclipse Theaters Development Group, LLC must appear at the office of judgment creditor's attorney, Dziminski Law Group, 9480 South Eastern Avenue, Suite 220, Las Vegas, NV 89123, on **March 23, 2020, at 10:00 a.m.**, for a judgment debtor examination.

**IT IS FURTHER ORDERED** that the oath or affirmation of the judgment debtor must be administered by a notary public.

**IT IS FURTHER ORDERED** that the proceedings must be transcribed by a court reporter or recorded electronically. The transcript or recording must be preserved for two years.

IT IS SO ORDERED.

Dated: February 12, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge

1