# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| L33T GAMING INC., <br>     Plaintiff(s), <br> v. <br> ECLIPSE THEATER LLC, et al., <br>     Defendant(s). | Case No.: 2:18-cv-01183-RFB-NJK <br><br> **ORDER** |

On January 7, 2020, the Court ordered Defendant Nicolas Steele to file—no later than February 6, 2020—either a notice of appearance by new counsel or a notice that he intends to proceed *pro se*. Docket No. 39. The Court construes Defendant's lack of filing any notice as his intent to proceed *pro se*. Further, due to Defendant's failure to comply with the Court's order at Docket No. 39, the Court **ADMONISHES** Defendant that he must strictly comply with all Court orders and Federal and Local Rules. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: February 19, 2020

                                              Nancy J. Koppe <br>
                                              United States Magistrate Judge